```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
PELAGOS SHIPPING COMPANY LTD.,

                Plaintiff,                      ORDER

           - against -                          21 Civ. 3367 (NRB)

PB FINANCE LLC,

                Defendant.
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on October 1, 2021, defendant filed a letter with the Court requesting leave to file a motion to dismiss the Amended Complaint on the grounds that the Court lacked subject matter jurisdiction; and

**WHEREAS** on October 5, 2021, plaintiff filed a letter in response, requesting limited jurisdictional discovery for the purpose of determining whether diversity jurisdiction existed herein; and

**WHEREAS** on October 20, 2021, the Court held a conference during which defendant agreed to provide a certification regarding the citizenship and residence of its members; and

**WHEREAS** on October 26, 2021, defendant filed a joint stipulation and order stating that defendant would provide a certification listing the citizenship and residence of all members of defendant

and provide plaintiff with fifteen days to request additional information; and

**WHEREAS** the Court signed the joint stipulation and order; and

**WHEREAS** on November 3, 2021, defendant filed a sworn affidavit listing the citizenship and residences of all members of defendant; and

**WHEREAS** plaintiff informed the Court that upon review of defendant's affidavit, plaintiff acknowledged that there was no predicate for diversity jurisdiction; it is hereby

**ORDERED** that this Court's jurisdiction may not be based on diversity jurisdiction.

Dated:   New York, New York
         December 7, 2021

                                    _____
                                         NAOMI REICE BUCHWALD
                                      UNITED STATES DISTRICT JUDGE